```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARLEEN WEITZ                    :    CIVIL ACTION
                                :
         v.                     :
                                :
PALM RESTAURANT OF              :
PHILADELPHIA, INC. et al.       :    NO. 11-5132
```

### ORDER

AND NOW, this 30th day of April, 2012, it having been reported that the issues between the parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, IT IS HEREBY ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.